Exhibit "A"

## The Frutkin Law Firm, PLC

101 N. First Avenue
Suite 2410
Phoenix, AZ 85003
Telephone: 602-606-9300
Fax: 602-606-9360

10/9/2012
Invoice No. 8455

Hoss Azimzadeh
9203 E. Topeka Drive
Scottsdale, AZ 85255

Client Number: 3854 Hoss Azimzadeh

Matter Number: 2130 Azimzadeh, Hossein and Faranak Bankruptcy

**For Services Rendered Through 10/9/2012.**

### Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/8/2012 | HV | Telephone with F. Azimzadeh regarding various homework questions, client to drop off completed homework today. | 0.30 |
| 10/8/2012 | HV | Send H. and F. Azimzadeh paralegal introduction, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 10/8/2012 | HV | Telephone with F. Azimzadeh regarding homework status; client to drop off homework and supporting documents tomorrow morning, case to be filed by Friday. | 0.20 |
| | | **Billable Hours** | **0.70** |

### Timekeeper Summary

Timekeeper HV worked 0.70 hours.

### Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 10/9/2012 | Filing Fee for Chapter 13 | $281.00 | |
| 10/9/2012 | Credit Counseling | $95.00 | |
| | **Total Costs** | **$376.00** | |

**Continued On Next Page**

| | | |
|---|---|---|
| **Client Number:** | 3854 | 10/9/2012 |
| **Matter Number:** | 2130 | Page: 2 |

|  |  |
|---:|---:|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $2,500.00 |
| **Advanced Costs:** | $376.00 |
| **TOTAL AMOUNT DUE:** | **$2,876.00** |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.
If you have any questions regarding your invoice,
please call Holly Einspahr at (602) 606-9300.

Continued On Next Page

# The Frutkin Law Firm, PLC

101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

1/10/2013

Hoss Azimzadeh
9203 E. Topeka Drive
Scottsdale, AZ  85255

Invoice No. 9117

Client Number:   3854  Hoss Azimzadeh

Matter Number:   2130  Azimzadeh, Hossein and Faranak   Bankruptcy

**For Services Rendered Through 12/31/2012.**

## Fees

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/9/2012 | HV | Attention to documents provided by clients; pull credit report; start initial petition draft. | 0.50 |
| 10/10/2012 | CRT | Discuss status of case with H. Vicente; clients wish to file Friday but homework is incomplete; H. Vicente to follow up with documents needed; review notes and prior bankruptcy case | 0.40 |
| 10/10/2012 | HV | Continue petition draft; conference with C. Tatkin, Esq. regarding case status; create list of additional information needed, email request of same from H. and F. Azimzadeh. | 2.00 |
| 10/10/2012 | HV | Telephone with F. Azimzadeh regarding requested information; updates to petition draft; email client list of additional information needed, courtesy copy to C. Tatkin, Esq.; email C. Tatkin, Esq. list of concerns to be addressed. | 0.50 |
| 10/11/2012 | HV | Telephone with F. Azimzadeh regarding requested information; update Schedule B; client to drop off 2011 Taxes and husband's profit & loss statements for the last 6 months. | 0.30 |
| 10/11/2012 | HV | Attention to profit and loss statements provided; incorporate same to petition draft; work on Plan schedule; telephone with F. Azimzadeh regarding husband's business information; request petition review from C. Tatkin, Esq. | 0.70 |

Continued On Next Page

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/12/2012 | CRT | Meeting with clients for emergency filing; review remainder of schedules and determine it is best to file them next week after further review for accuracy; receive payment on balance of fees and authorize filing. | 1.00 |
| 10/12/2012 | CRT | Confirm that H. Vicente has information necessary to stop foreclosure sale; she will notify Tiffany & Bosco today after filing with case number to stop trustee sale | 0.20 |
| 10/12/2012 | HV | Conference with C. Tatkin, Esq. regarding case status and filing of same; attend petition signing appointment with with H. and F. Azimzadeh and C. Tatkin, Esq. | 0.70 |
| 10/12/2012 | HV | File emergency Chapter 13 petition, credit counseling certificates and payrecord with the Bankruptcy Court; email clients Notice of Bankruptcy and post-filing information; order debtor education course. | 0.80 |
| 10/12/2012 | HV | Draft letter to Tiffany & Bosco notifying of bankruptcy filing; forward copy of same to C. Tatkin, Esq. for review. | 0.20 |
| 10/12/2012 | HV | Calendar deadlines to file statements and schedules. | 0.20 |
| 10/12/2012 | HV | Fax and mail letter to Tiffany & Bosco regarding Notice of Bankruptcy Filing; courtesy copy to H. and F. Azimzadeh via email. | 0.20 |
| 10/12/2012 | HV | Telephone with Manny with Tiffany & Bosco confirming receipt of Notice of Bankruptcy Filing. | 0.20 |
| 10/12/2012 | CRT | Confirm filing and trustee assignment; discuss notice to Tiffany & Bosco with H. Vicente and confirm sending notice | 0.30 |
| 10/15/2012 | HV | Attention to petition draft; incorporate additional information discussed during petition signing meeting; email client request for additional information, courtesy copy to C. Tatkin, Esq. | 0.50 |
| 10/15/2012 | CRT | Attention to stepped up 100% payment plan | 0.30 |
| 10/15/2012 | CRT | Provide client with referral to Mark Breyer, personal injury attorney | 0.20 |
| 10/15/2012 | CRT | Phone call with client; make revisions to petition and discuss with H. Vicente; authorize sending draft of remaining schedules to clients | 0.60 |
| 10/15/2012 | HV | Conference with C. Tatkin, Esq.; email H. and F. Azimzadeh copy of petition draft for review and request bank balances on petition filing date. | 0.20 |
| 10/18/2012 | HV | Attention to proof of claim filed by the IRS in the amount of $16,410.25; save to client file. | 0.20 |

Continued On Next Page

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/18/2012 | HV | Follow up with C. Tatkin, Esq. regarding case status. | 0.20 |
| 10/18/2012 | CRT | Review IRS proof of claim; still shows 2011 taxes were not filed, but they were recently; will need amendment of proof of claim by IRS | 0.20 |
| 10/19/2012 | HV | Telephone with F. Azimzadeh regarding case status; client to stop by Monday with updated Schedule J and petition; resend contact information for malpractice referral; courtesy copy to C. Tatkin, Esq. | 0.20 |
| 10/23/2012 | HV | Attention to Request of Notice filed by Capital Recovery c/o Recovery Management Systems Corp.; update records to reflect same. | 0.20 |
| 10/23/2012 | HV | Send H. and F. Azimzadeh follow up email requesting status of requested information, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 10/24/2012 | HV | Telephone with F. Azimzadeh regarding requested information; client to pick up petition draft for review today. | 0.20 |
| 10/24/2012 | CRT | Conference with H. Vicente regarding status of remainder of documents to be filed; client to come to office to pick up documents for review; must file remainder on Friday | 0.20 |
| 10/25/2012 | HV | Telephone with F. Azimzadeh regarding requested information; client will drop off updated Schedule J and any other updates tomorrow morning; schedule signing appointment for tomorrow, Friday, October 26, 2012 at 3:00pm. | 0.20 |
| 10/26/2012 | HV | Telephone with F. Azimzadeh regarding updates to Schedule J; clients do not have any other updates of changes to remaining schedules and statements. | 0.20 |
| 10/26/2012 | CRT | Attention to remaining schedules and statements; meet with clients for signing and authorize H. Vicente to file. | 0.80 |
| 10/29/2012 | HV | Draft 2016 Disclosure of Compensation; complete and prepare schedules and statements for signing; file Statement of Financial Affairs, Means Test, Summary of Schedules, Chapter 13 Plan and 2016 Disclosure with the Bankruptcy Court. | 1.00 |
| 11/1/2012 | CRT | Phone call with client; advise her to contact Wells Fargo to make post petition house payments; ask her to send us correspondence she states she received about a trustee sale. | 0.40 |
| 11/5/2012 | CRT | Review letter continuing foreclosure sale to November 15, 2012; draft letter to Wells Fargo advising of bankruptcy filing | 0.40 |
| 11/13/2012 | HV | Telephone with F. Azimzadeh regarding Trustee payments; confirm amounts. | 0.20 |

Continued On Next Page

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/14/2012 | HV | Telephone with Wells Fargo Home Mortgage Bankruptcy Department regarding mailing address for all post-filing payments; provide same to F. Azimzadeh, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 11/15/2012 | HV | Telephone with F. Azimzadeh regarding post-filing payments to Wells Fargo; instructions to S. Pavlik for verification of mailing address and receipt of Notice of Bankruptcy. | 0.20 |
| 11/21/2012 | HV | Conference with S. Pavlik regarding case status; S. Pavlik to follow up with Wells Fargo regarding Notice of Filing and mailing address for payments. | 0.20 |
| 11/21/2012 | HV | Telephone with C. Tatkin, Esq. and F. Azimzadeh regarding meeting of creditors; calendar rescheduled 341 Hearing; email clients regarding same; instructions to S. Pavlik regarding noticing of same. | 0.30 |
| 11/21/2012 | CRT | Travel to Phoenix for 341 meeting | 0.80 |
| 11/21/2012 | CRT | Attend 341 hearing; clients did not attend; obtain continuance to Wednesday, November 28 at 10:30 | 0.50 |
| 11/21/2012 | HV | Telephone with F. Azimzadeh; confirm receipt of email regarding rescheduled 341 Hearing. | 0.20 |
| 11/26/2012 | HV | Attention to proof of claim filed by Capital Recovery IV LLC c/o Recovery Management Systems Corp; incorporate same to Schedule F. | 0.20 |
| 11/26/2012 | CRT | Email with S. Pavlik regarding assuring clients' attendance at continued 341 meeting | 0.20 |
| 11/28/2012 | CRT | Travel to continued 341 meeting | 0.80 |
| 11/28/2012 | CRT | Attend continued 341 meeting | 1.20 |
| 11/28/2012 | CRT | Review motion to deny discharge filed by trustee; no action required | 0.20 |
| 11/29/2012 | HV | Attention to amended proof of claim filed by the IRS; incorporate same to Schedule E. | 0.20 |
| 12/4/2012 | HV | Send H. and F. Azimzadeh follow up request to complete the debtor education course. | 0.20 |
| 12/12/2012 | HV | File Monthly Operating Report For November, 2012 with the Bankruptcy Court. | 0.20 |

Continued On Next Page

| | | | |
|---|---|---|---|
| **Client Number:** | 3854 | | 1/10/2013 |
| **Matter Number:** | 2130 | | Page: 5 |

| Date | TK | Description | Hours |
|---|---|---|---|
| 12/13/2012 | HV | Telephone with F. Azimzadeh regarding returned Wells Fargo mortgage payment; telephone with Tiffany & Bosco and Wells Fargo regarding same; instructions to S. Pavlik to follow up with Wells Fargo next week to confirm payment information; advise F. Azimzadeh of status of same, courtesy copy to C. Tatkin, Esq. | 0.70 |
| 12/19/2012 | HV | Telephone with Lizette with Wells Fargo regarding notice of bankruptcy; account has not been updated; provide bankruptcy information and was refused permission to speak with supervisor without authorization from clients; instructions to S. Pavlik to send notice of bankruptcy and authorization to Wells Fargo. | 0.30 |

|  |  |
|---|---|
| **Billable Hours** | **21.40** |

## Timekeeper Summary

Timekeeper CRT worked 8.70 hours.

Timekeeper HV worked 12.70 hours.

| | | | |
|---|---|---|---|
| **Prior Balance:** | $2,876.00 | **Last Payment:** | 10/15/2012 |
| **Payments Received:** | ($2,876.00) | | |
| **Current Fees:** | $2,009.50 | | |
| **Advanced Costs:** | $0.00 | | |
| **TOTAL AMOUNT DUE:** | **$2,009.50** | | |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.

## The Frutkin Law Firm, PLC

101 N. First Avenue
Suite 2410
Phoenix, AZ  85003
Telephone: 602-606-9300
Fax: 602-606-9360

3/9/2013
Invoice No. 9994

Hoss Azimzadeh
9203 E. Topeka Drive
Scottsdale, AZ  85255

Client Number:    3854  Hoss Azimzadeh

Matter Number:    2130  Azimzadeh, Hossein and Faranak   Bankruptcy CH13

**For Services Rendered Through 2/28/2013.**

**Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 1/2/2013 | HV | Telephone with Wells Fargo regarding Notice of Bankruptcy Filing; records have not been updated to reflect Chapter 13 case; it will take up to 5-7 business days. | 0.60 |
| 1/8/2013 | HV | Attention to Trustee Recommendations; calendar same. | 0.20 |
| 1/8/2013 | CRT | Receive and review Trustee recommendations | 0.20 |
| 1/14/2013 | HV | Review Trustee Recommendations; pull Wells Fargo's Deed of Trust from the Maricopa Recorder's Office; request H. and F. Azimzadeh copies of additional supporting documents, courtesy copy to C. Tatkin, Esq. | 0.30 |
| 1/14/2013 | HV | Attention to letter received from Wells Fargo regarding request for confirmation of representation; instruct to S. Pavlik to confirm same with Wells Fargo. | 0.20 |
| 1/17/2013 | HV | Review Trustee's Recommendations, Status of Claims and claims register; initial drafting of Stipulated Order Confirming Plan. | 0.70 |
| 1/18/2013 | HV | Continue drafting SOC, letter to client and trustee regarding same; forward same to C. Tatkin, Esq. for review. | 0.50 |
| 1/18/2013 | HV | Attention to proof of claim filed by Portfolio Recovery Associates in the amount of $425.08 regarding Capital One account ending in 4362; incorporate same to Schedule F. | 0.20 |

**Continued On Next Page**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 1/18/2013 | HV | Attention to proof of claim filed by Portfolio Recovery Associates in the amount of $424.24 regarding Capital One account ending in 4145; incorporate same to Schedule F. | 0.20 |
| 1/28/2013 | HV | Send C. Tatkin, Esq. follow up request to review Stipulated Order Confirming Plan; submission deadline is 2/7/13. | 0.20 |
| 2/1/2013 | HV | Send C. Tatkin, Esq. follow up request to review SOC. | 0.20 |
| 2/1/2013 | HV | Review client documents; send H. and F. Azimzadeh follow up request to provide requested documents pertaining to Trustee's Recommendations, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 2/1/2013 | HV | Telephone and email correspondence with F. Azimzadeh regarding requested information, courtesy copy to C. Tatkin, Esq. | 0.30 |
| 2/1/2013 | CRT | Discuss status of SOC with H. Medina; still waiting for information from client | 0.20 |
| 2/5/2013 | HV | Send H. and F. Azimzadeh follow up request to complete debtor education course, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 2/5/2013 | CRT | Receive Order denying a sicharge in the Chapter 13; due to prior discharge; Chapter 13 will still pay off arrearages and all unsecureds | 0.20 |
| 2/6/2013 | CRT | Attention to Stipulated Order confirming and letter to trustee; email with H. Medina regarding same | 0.50 |
| 2/6/2013 | HV | Upload and file Financial Management Course Certificates with the Bankruptcy Court. | 0.20 |
| 2/7/2013 | HV | Review various emails received from F. Azimzadeh regarding supporting documents related to SOC; mail and email clients SOC for review and request operating reports for filing, courtesy copy to C. Tatkin, Esq. | 0.30 |
| 2/7/2013 | HV | Draft Motion, Notice of Lodging and Proposed Order Granting Extension of Time to Resolve Trustee's Recommendations; forward same to C. Tatkin, Esq. for review. | 0.30 |
| 2/7/2013 | HV | Telephone with F. Azimzadeh regarding SOC. | 0.20 |
| 2/7/2013 | CRT | Review motion and order extending time to comply with trustee recommendations; authorize filing | 0.20 |
| 2/7/2013 | HV | File Motion for Extension of Time to Resolve Trustee Recommendations; Notice of Lodging with Exhibit A - Proposed Order; and lodge Order; calendar same; forward to S. Pavlik for service. | 0.20 |

Continued On Next Page

| Date | TK | Description | Hours |
|---|---|---|---|
| 2/8/2013 | HV | Telephone with F. Azimzadeh regarding mortgage and concerns of foreclosure; advise C. Tatkin, Esq. of same. | 0.20 |
| 2/8/2013 | HV | File Monthly Operating Report For December, 2012 and January, 2013. | 0.20 |
| 2/8/2013 | HV | Email correspondence with F. Azimzadeh; confirming home will not get foreclosed without court approval, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 2/11/2013 | HV | File Monthly Operating Report For October, 2012 with the Bankruptcy Court. | 0.20 |
| 2/12/2013 | CRT | Phone call with client regarding possibly renting home and moving into a smaller rental; rental income will help to fund plan's stepped up payments | 0.30 |
| 2/12/2013 | CRT | Email to J. Koenig, Esq regarding seeing if she can have Wells Fargo generate a secured proof of claim on home so we do not have to deal with this later | 0.20 |
| 2/12/2013 | CRT | Receive email from client with trustee sale information; Tiffany & Bosco noticed sale; continued sale date is 2-20-13 although bankruptcy is pending | 0.20 |
| 2/14/2013 | HV | Telephone with F. Azimzadeh regarding case status; advise we are waiting to hear back from Tiffany and Bosco; client to sign and submit SOC this week. | 0.20 |
| 2/19/2013 | HV | Attention to signed Order Granting Motion to for Extension of Time to Resolve Trustee Recommendations; calendar same. | 0.20 |
| 2/19/2013 | CRT | Confirm motion to extend granted; SOC due by March 7 | 0.20 |
| 2/22/2013 | HV | Send H. and F. Azimzadeh follow up request regarding SOC sent 2/7/13, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 2/25/2013 | HV | Email correspondence with F. Azimzadeh regarding status of SOC; clients mailed last week. | 0.20 |
| 2/26/2013 | HV | Telephone and email F. Azimzadeh copy of the Notice of Bankruptcy Filing, courtesy copy to C. Tatkin, Esq. | 0.20 |

**Billable Hours**    **9.20**

### Timekeeper Summary

Timekeeper CRT worked 2.20 hours.
Timekeeper HV worked 7.00 hours.

Continued On Next Page

**Client Number:** 3854 3/9/2013
**Matter Number:** 2130 Page: 4

|                    |           |
|-------------------:|----------:|
| **Prior Balance:** | $2,009.50 |
| **Payments Received:** | $0.00 |
| **Current Fees:**  | $1,664.00 |
| **Advanced Costs:** | $0.00    |
| **TOTAL AMOUNT DUE:** | **$3,673.50** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.

# The Frutkin Law Firm, PLC

101 N. First Avenue
Suite 2410
Phoenix, AZ 85003
Telephone: 602-606-9300
Fax: 602-606-9360

3/20/2013

Hoss Azimzadeh  
9203 E. Topeka Drive  
Scottsdale, AZ 85255

Invoice No. 10090

Client Number:   3854  Hoss Azimzadeh

Matter Number:   2130  Azimzadeh, Hossein and Faranak   Bankruptcy CH13

**For Services Rendered Through 3/20/2013.**

**Fees**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 3/5/2013 | HV | Send F. Azimzadeh follow up request to sign and return SOC, courtesy copy to C. Tatkin, Esq. | 0.20 |
| 3/5/2013 | HV | Send C. Tatkin, Esq. follow up request regarding Wells Fargo's proof of claim; S. Pavlik confirmed that Wells Fargo has not yet updated their account to show pending bankruptcy. | 0.20 |
| 3/6/2013 | HV | Prepare SOC packet; forward same to C. Tatkin, Esq. for review. | 0.30 |
| 3/7/2013 | HV | Conference with C. Tatkin, Esq. regarding Trustee Recommendation #6; Amend Schedule J with Exhibit; forward to C. Tatkin, Esq. for review. | 0.20 |
| 3/7/2013 | CRT | Attention to SOC packet; revise letter and discuss with H. Medina amending J to shoe business expense breakdown; need back up documentation for dependent expenses | 0.50 |
| 3/7/2013 | CRT | Attention to SOC and back up documentation; conference with H. Medina regarding same | 0.50 |
| 3/7/2013 | HV | File Amendment to Schedule J with attachment of business expenses. | 0.20 |

Continued On Next Page

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 3/7/2013 | HV | Conference with C. Tatkin, Esq. regarding SOC; update and prepare same; enter Notice of Submission to the Trustee the Proposed Order Confirming Chapter 13 Plan, email courtesy copy to clients and C. Tatkin, Esq. | 0.30 | |
| 3/7/2013 | CRT | Attention to amended schedule J and trustee recommendations and assure compliance | 0.20 | |
| 3/14/2013 | HV | Send C. Tatkin, Esq. follow up request regarding Wells Fargo's proof of claim. | 0.20 | N/C |
| 3/14/2013 | CRT | Email to H. Nelson at Tiffany firm regarding problem clients are having paying mortgage payments; they have not appeared in our case, but do represent Wells Fargo usually; discuss with H. Medina | 0.30 | |
| 3/14/2013 | HV | Conference with C. Tatkin, Esq. regarding case status and Wells Fargo payment issue; email H. and F. Azimzadeh reminder that all post-filing mortgage payments should be saved, courtesy copy to C. Tatkin, Esq. | 0.30 | |
| 3/18/2013 | CRT | Attention to email from S. Havermale regarding revision to SOC; make revision stating that this is 100% payment and that debtors are not eligible for discharge; discuss with H. Medina; provide new page 4 by email to S. Havermale. | 0.50 | |
| 3/19/2013 | HV | Attention to Trustee's Notice of Lodging Stipulated Order Confirming Plan. | 0.20 | |
| 3/19/2013 | CRT | Attention to trustee's lodging of order confirming plan | 0.20 | |
| 3/20/2013 | HV | Attention to signed Stipulated Order Confirming Plan; forward same to billing and clients, courtesy copy to C. Tatkin, Esq. | 0.20 | |

**Billable Hours**     **4.30**

### Timekeeper Summary

Timekeeper CRT worked 2.20 hours.  
Timekeeper HV worked 2.10 hours.  
Timekeeper HV worked 0.20 hours at no charge.

Continued On Next Page

**Client Number:** 3854     3/20/2013
**Matter Number:** 2130     Page: 3

|  |  |
|---:|---:|
| **Prior Balance:** | $3,673.50 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $953.50 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$4,627.00** |

Thank you for letting us be of service to you. - DO NOT PAY!
This invoice will be paid by the Chapter 13 Trustee.
If you have any questions regarding this invoice,
please call Holly Einspahr at 602-606-9300.